MARY McBRIDE, as Administratrix of the Estate of PATRICK McBRIDE, Deceased, Respondent, *v.* THE NEW YORK TUNNEL COMPANY, Appellant.

*McBride* v. *New York Tunnel Co.*, 113 App. Div. 821, affirmed.
(Argued January 31, 1907; decided February 19, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 19, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate alleged to have been caused by defendant's negligence.

*Perry D. Trafford* and *Hoffman Miller* for appellant.

*A. C. Brown* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.